IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ARTURO DE LA CERDA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CV3252 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | MEMORANDUM AND ORDER |
| | ) | |
| | ) | |
| Defendant. | ) | |

Based on the plaintiff's motion (filing no. 19), the parties disagree on whether the filed administrative record is complete, and they are attempting to resolve that dispute before briefing the case for final resolution.

Accordingly,

IT IS ORDERED:

1) The plaintiff's unopposed motion to continue, (filing no. 19), is granted.

2) If the dispute over the administrative record is not resolved by June 6, 2011, the plaintiff shall present the issue to the court for resolution, with defendant having fourteen days thereafter to respond, and plaintiff having seven days to reply.

3) If the parties resolve their dispute over the administrative record by June 6, 2011:

   a. The plaintiff shall file his initial brief by July 6, 2001;

   b. The government shall file its responsive brief by August 5, 2011; and

   c. Any reply by the plaintiff shall be filed on or before August 19, 2011.

DATED this 11th day of May, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge